UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES E. MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00651-JPH-MPB |
| | ) | |
| GEO GROUP, INC., | ) | |
| CENTURION HEALTH, | ) | |
| WEXFORD OF INDIANA, | ) | |
| SHANNON HEADY, | ) | |
| ERICK FALCONER, | ) | |
| JOHN M. NWANNUNU, | ) | |
| DIANNA JOHNSON, | ) | |
| HANNAH WINNINGHAM, | ) | |
| RILEY DR., | ) | |
| | ) | |
| Defendants. | ) | |

**Order on Motion to Proceed *In Forma Pauperis***

The plaintiff's motion to proceed *in forma pauperis*, dkt. [2], is **granted** to the extent that the plaintiff is assessed an initial partial filing fee of Eight Dollars and Seventy-Four Cents ($8.74). *See* 28 U.S.C. § 1915(b)(1). The plaintiff shall have **through June 23, 2022**, in which to pay this sum to the clerk of the district court.

The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated to make monthly payments of 20 percent of the preceding month's income each month that the amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C. § 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the plaintiff and the plaintiff's custodian, and the Court will screen the complaint in accordance with 28 U.S.C. § 1915A.

SO ORDERED.

Date: 5/31/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAMES E. MAYS
885409
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

FINANCIAL DEPUTY CLERK