UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:22-cv-00651-JPH-MPB |
| | ) |
| CENTURION, | ) |
| WEXFORD OF INDIANA, | ) |
| ERICK FALCONER, | ) |
| JOHN M. NWANNUNU, | ) |
| DIANNA JOHNSON, | ) |
| HANNAH WINNINGHAM, and | ) |
| STEPHANIE RILEY | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

Comes now Jeb A. Crandall of the law firm of Bleeke Dillon Crandall, P.C. and enters his Appearance on behalf of the Defendants, Centurion Health of Indiana, LLC, John Nwannunu, MD, Dianna Johnson, APRN, Stephanie Riley, MD, in the above-captioned lawsuit.

This 27th day of September, 2022.

Respectfully submitted,

s/ Jeb A. Crandall
Jeb A. Crandall, #26323-49
*One of the Attorneys for Defendants,
Centurion Health of Indiana, LLC, John
Nwannunu, MD, Dianna Johnson, APRN,
Stephanie Riley, MD*

Jeb A. Crandall, #26323-49
Christopher Andrew Farrington, #34006-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
jeb@bleekedilloncrandall.com
drew@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I further certify that on September 27, 2022, the foregoing document was mailed, by United States Postal Service, first class postage prepaid, to the following non CM/ECF participants:

James E. Mays, #885409
New Castle Correctional Facility - Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, In 47362
*Plaintiff, Pro Se*

                                          s/ Jeb A. Crandall
                                          Jeb A. Crandall, #26323-49