UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:22-cv-00651-JPH-MPB |
| | ) |
| CENTURION, | ) |
| WEXFORD OF INDIANA, | ) |
| ERICK FALCONER, | ) |
| JOHN M. NWANNUNU, | ) |
| DIANNA JOHNSON, | ) |
| HANNAH WINNINGHAM, and | ) |
| STEPHANIE RILEY | ) |
| | ) |
| Defendants. | ) |

**ANSWER TO PLAINTIFF'S COMPLAINT AND STATEMENT OF DEFENSES**

Come now Defendants Centurion Health of Indiana, LLC, ("Centurion") and Dr. Stephanie Riley, by counsel, and submit the following Answer and Statement of Defenses in response to Plaintiff's Complaint. In support, Defendants state as follows:

**ANSWER TO PLAINTIFF'S COMPLAINT**

1. Upon information and belief, Defendants admit that Plaintiff has been incarcerated at the New Castle Correction Facility at all times relevant to his Complaint.

2. Defendants admit that Centurion Health of Indiana, LLC is a private corporation, but denies that 9245 Meridian, Ste 111, Indianapolis, IN 46260 is a proper registered address or Centurion's principal place of business.

3. Defendants admit that Centurion entered into a contract to provide healthcare in the Indiana Department of Correction beginning July 1, 2021 through present date.

4. Defendants admit that Dr. Riley, Dr. John Nwannunu, and Dianna Johnson, NP worked at the New Castle Correctional Facility pursuant to Centurion's contract with the Indiana Dept. of Correction at sometimes relevant to Plaintiff's medical care.

5. Defendants deny that Eric Falconer ever worked for Centurion.

6. Defendants deny that Dr. Riley ever worked for Wexford.

7. Defendants deny they violated Plaintiff's constitutional rights or that they engaged in any other wrongdoing as alleged by Plaintiff.

8. Defendants deny that any act or omission by them violated any of Plaintiff's constitutional rights or harmed him in any way.

9. Defendants deny any facts alleged by Plaintiff related to his medical care which are inconsistent with his medical records. Plaintiff's medical records speak for themselves.

10. To the extent not specifically addressed above, the remainder of the Plaintiff's allegations are denied, or Defendants lack knowledge or information sufficient to admit or deny.

11. Defendants deny that Plaintiff is entitled to any relief whatsoever, including injunctive relief, and further denies that Plaintiff is entitled to any relief as requested in his Complaint.

## JURY DEMAND

Defendants demand a trial by jury on Plaintiff's claims in his Complaint.

## STATEMENT OF DEFENSES

Defendants, by counsel, hereby assert the following affirmative defenses in response to Plaintiff's Complaint:

1. Plaintiff may have failed to mitigate his damages, if any.

  2. Defendants are entitled to a set off of any payments Plaintiff has already received as compensation for his alleged injuries.

  3. Plaintiff is only entitled to recover the reasonable value of his medical or mental health expenses, if any.

  4. No acts or omissions by Defendants were the proximate cause of Plaintiff's alleged injuries.

  5. Defendants have never violated Plaintiff's rights under state or federal law.

  6. Medical care provided by Defendants was reasonable, appropriate, and within the standard of care.

  7. No practice, policy, procedure, or lack thereof, of Centurion was the moving force behind any injury to the Plaintiff.

  8. Defendants reserve the right to add additional affirmative defenses as they are discovered.

  9. To the extent any future Co-Defendants assert additional affirmative defenses, Defendants incorporate those defenses herein by reference.

WHEREFORE, Defendants Centurion and Dr. Stephanie Riley pray for judgment in their favor, that Plaintiff takes nothing by way of his Complaint, and for all other just and proper relief.

Respectfully submitted,

s/ Christopher Andrew Farrington
Christopher Andrew Farrington, #34006-49
*One of the Attorneys for Defendants,
Centurion Health of Indiana, LLC, John
Nwannunu, MD, Dianna Johnson, APRN,
Stephanie Riley, MD*

Jeb A. Crandall, #26323-49
Christopher Andrew Farrington, #34006-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
jeb@bleekedilloncrandall.com
drew@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following:

All electronically ECF Registered Parties

I further certify that on November 9, 2022, the foregoing document was mailed, by United States Postal Service, first class postage prepaid, to the following non CM/ECF participants:

James E. Mays, #885409
New Castle Correctional Facility - Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, In 47362
*Plaintiff, Pro Se*

             s/ Christopher Andrew Farrington
             Christopher Andrew Farrington, #34006-49