UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES TAYLOR,<br>   Plaintiff,<br><br>vs.<br><br>COOLEY,<br>   Defendant. | CASE NO. 1:22-cv-00420-SEB-DML |

**DEFENDANT'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES**

COMES NOW the Defendant, Correctional Officer Cooley ("Defendant"), by counsel, Adam G. Forrest, and for his Answer to Plaintiff's Amended Complaint, states as follows:

**A.  PARTIES**

1. Defendant admits.

2. Defendant admits that this Court has determined that a single Defendant exists in this case, Correctional Officer Cooley.  Defendant denies any wrongdoing or liability on the part of this Defendant.

**B.  STATEMENT OF CLAIM**

Defendant denies any and all allegations made against him, specifically including any touching of the Plaintiff.  Moreover, Defendant further denies any entrance whatsoever into the Plaintiff's cell, noting that any interaction between he and the Plaintiff, at best, consisted of tendering to the Plaintiff via his cell door medications or chow or by walking down his range during count.

C.  **JURISDICTION**

Defendant admits that the Plaintiff has brought suit for a violation of federal law under 28 U.S.C. § 1331 but lacks information or knowledge sufficient to form a belief as to the truth as to the jurisdiction of this Court in light of the Plaintiff's failure, upon information and belief, to exhaust his administrative remedies before filing suit herein.

D.  **RELIEF WANTED**

Defendant denies that the Plaintiff is entitled to any relief requested, including injunctive relief, which relief is addressed in a subsequent pleading filed herein.

E.  **JURY DEMAND**

Defendant admits that the Plaintiff has requested a jury trial on all issues so triable.

WHEREFORE, the Defendant, by counsel, Adam G. Forrest, respectfully requests that the Plaintiff, Charles Taylor, take nothing by way of his Amended Complaint; that judgment be entered in the Defendant's favor; that Defendant be awarded his costs incurred in defending this action; and, that the Court grant all other relief deemed just and proper in the premises.

**STATEMENT OF AFFIRMATIVE DEFENSES**

COMES NOW the Defendant, Correctional Officer Cooley, by counsel, Adam G. Forrest, and for his Affirmative Defenses to the Plaintiff's Amended Complaint, states and alleges as follows:

1. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. The Plaintiff may have failed to exhaust all of his administrative remedies as may have been required by the Prison Litigation Reform Act.  To date, neither the grievance specialist at the New Castle Correctional Facility nor Counsel for the Defendant have been able to locate

and identify any grievance filed by the Plaintiff and administratively exhausted that in any way relates to the named Defendant or the allegations contained in the Plaintiff's Amended Compliant.  That said, all offender grievances are hand written and, at times, are lengthy and inclusive of multiple issues.  As such, Counsel for the Defendant would request some reasonable amount of time to verify the statement contained herein or to withdraw the defense should a grievance be discovered relating to this case.

      3.      The actions of the Defendant were not the proximate cause of any harm, injury, or damage to the Plaintiff as the Defendant has had no interaction with the Plaintiff as alleged.

      4.      The Defendant was not deliberately indifferent to any physical, mental, or other medical need of the Plaintiff as he neither took any action alleged and is not a mental or medical health care provider.

      5.      The Plaintiff may have failed to mitigate his injuries and/or damages due to his own actions related to his mental health, his conduct, his treatment of others, and other factors.

      6.      Any and all action(s) taken by the Defendant were reasonably related to a legitimate interest involved in the incarceration of offenders at the New Castle Correctional Facility so as to maintain the safety of offenders, staff, contractors, and other visitors of that Facility.

      6.      The Defendant hereby reserves the right to supplement and amend his Statement of Affirmative Defenses, as discovery in this matter is ongoing.

      WHEREFORE, the Defendant, by counsel, Adam G. Forrest, respectfully prays that this Court enter judgment in his favor and against the Plaintiff; that the Plaintiff take nothing by way of his Amended Complaint; that the Defendant be awarded his costs arising from this lawsuit; and, that the Defendant be granted all other relief deemed just and proper in the premises.

Respectfully submitted,

By:   /s/ Adam G. Forrest
      Adam G. Forrest, Atty. No. 23920-89
      BBFCS ATTORNEYS
      27 North 8th Street
      Richmond, IN   47374
      Telephone: (765) 962-7527
      Facsimile: (765) 966-4597
      aforrest@bbfcslaw.com
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2022, I electronically filed the foregoing Answer and Statement of Affirmative Defenses with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. N/A.

Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 10th day of November, 2022:

Charles Taylor, DOC#494511
NEW CASTLE – CF
NEW CASTLE CORRECTIONAL
FACILITY – Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN  47362

                                          By   /s/ Adam G. Forrest
                                                    Adam G. Forrest