UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES E. MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00651-JPH-MPB |
| | ) | |
| CENTURION HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT,
GRANTING MOTION TO WITHDRAW ANSWER FILED IN ERROR**

Plaintiff James E. Mays, an inmate at New Castle Correctional Facility, brings this action alleging that the defendants have been deliberately indifferent to his injured finger. The Court now addresses three pending motions in this action.

**I.      Plaintiff's Motions for Default**

Mr. Mays has moved for default judgment as to two defendants: Dr. Erick Falconer and Wexford of Indiana. The motions for default judgment, dkts. [41] and [42] are **DENIED**. The Federal Rules do not require a defendant to answer or otherwise respond to a complaint until the defendant has either been served by summons or waived service. Fed. R. Civ. P. 12(a)(1)(A). Because Mr. Mays is incarcerated and proceeding *pro se*, the Court assisted with serving the defendants by sending them notices of lawsuit and waiver of summons forms. Dkt. 20; dkt. 21. Wexford and Dr. Falconer submitted signed waiver forms on October 13, 2022. Dkt. 33; dkt. 38. They timely answered the complaint on November 1, 2022. Dkt. 43. Default is therefore not warranted.

## II. Defendant Winningham's Motion to Withdraw Answer

Defendant Hannah Winningham filed an answer on November 15, 2022, that was meant to be filed in a different case. On the same date, Ms. Winningham filed a corrected answer, and the next day she filed a motion to withdraw the answer that had been erroneously filed. The motion to withdraw, dkt. [49], is **GRANTED**. The erroneously filed answer, dkt. [47], is **STRICKEN**. The Corrected Answer at dkt. 48 is Ms. Winningham's operative answer in this action.

**SO ORDERED.**

Date: 11/21/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

JAMES E. MAYS
885409
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362