UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
|     Plaintiff, | ) |
| | )   CASE NO. 1:22-cv-00651-JPH-MPB |
| vs. | ) |
| | ) |
| WEXFORD OF INDIANA, et al., | ) |
|     Defendants. | ) |

**NOTICE CONCERNING AFFIRMATIVE DEFENSE OF FAILURE TO EXHAUST
ADMINISTRATIVE REMEDIES PRIOR TO FILING LAWSUIT**

COMES NOW the Defendant, Hannah Winningham, by counsel, Adam G. Forrest, who respectfully notifies this Court that based on a review of the Court's Order dated December 6, 2022, together with the directions included therein, the Defendant has determined that she will no longer pursue the affirmative defense of failure to exhaust administrative remedies prior to filing a lawsuit as required by the Prison Litigation Reform Act. Defendant tenders this Notice to the Court in a timely manner and as directed per the Court's Entry of December 6, 2022 (Docket No. 53).

                            Respectfully submitted,

By:   /s/ Adam G. Forrest
        Adam G. Forrest, Atty. No. 23920-89
        BBFCS ATTORNEYS
        27 North 8th Street
        Richmond, IN   47374
        Telephone: (765) 962-7527
        Facsimile: (765) 966-4597
        aforrest@bbfcslaw.com
        *Attorneys for Defendant, Hannah Winningham*

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2022, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Jeb A. Crandall – jeb@bleekedilloncrandall.com
    Rachel D. Johnson – Rachel.Johnson@skofirm.com
    Douglass R. Bitner – Doug.Bitner@skofirm.com

Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 6th day of December, 2022:

    James E. Mays (DOC#885409)
    NEW CASTLE – CF
    NEW CASTLE CORRECTIONAL
    FACILITY – Inmate Mail/Parcels
    1000 Van Nuys Road
    New Castle, IN  47362

                                By        /s/ Adam G. Forrest
                                          Adam G. Forrest