UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.:  1:22-cv-00651-JPH-MPB |
| | ) |
| CENTURION, | ) |
| WEXFORD OF INDIANA, | ) |
| ERICK FALCONER, | ) |
| JOHN M. NWANNUNU, | ) |
| DIANNA JOHNSON, | ) |
| HANNAH WINNINGHAM, and | ) |
| STEPHANIE RILEY | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

Comes now Austin R. Andreas of the law firm of Bleeke Dillon Crandall, P.C. and enters his Appearance on behalf of the Defendants, Centurion Health of Indiana, LLC, John Nwannunu, MD, Dianna Johnson, APRN, Stephanie Riley, MD, in the above-captioned lawsuit.

This 26th day of January, 2023.

Respectfully submitted,

s/ Austin R. Andreas
Austin R. Andreas, #35155-53
*One of the Attorneys for Defendants,
Centurion Health of Indiana, LLC, John
Nwannunu, MD, Dianna Johnson, APRN,
Stephanie Riley, MD*

Jeb A. Crandall, #26323-49
Austin R. Andreas, #35155-53
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
jeb@bleekedilloncrandall.com
austin@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following:

    All electronically ECF Registered Parties

I further certify that on January 26, 2023, the foregoing document was mailed, by United States Postal Service, first class postage prepaid, to the following non CM/ECF participants:

    James E. Mays, #885409
    New Castle Correctional Facility
    Inmate Mail/Parcels
    1000 Van Nuys Road
    New Castle, In 47362
    *Plaintiff, Pro Se*

                                      s/ Austin R. Andreas
                                      Austin R. Andreas, #35155-53