UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00651-JPH-TAB |
| | ) |
| GEO GROUP, INC, *et al*. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF EXPERT DISCLOSURES**

NOW COME the Defendants, ERICK A. FALCONER, M.D., DIANNA M. JOHNSON, NP, JOHN NWANNUNU, M.D. AND WEXFORD OF INDIANA, LLC, by their attorney SARAH J. SHORES-SCISNEY of STOLL KEENON OGDEN PLLC, files this Notice that their Expert Disclosures were served today on counsel via electronic copy and on the Plaintiff via U.S. First Class Mail.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Sarah J. Shores-Scisney*
Sarah J. Shores-Scisney, Attorney No. 35746-49
Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Sarah.Shores@skofirm.com
Doug.Bitner@skofirm.com
*Counsel for Defendants Erick A. Falconer, M.D., Dianna M. Johnson, NP, John Nwannunu, M.D. and Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **April 24, 2023**, a copy of the foregoing *Notice of Service* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Jeb A. Crandall
Austin R. Andreas
**BLEEKE DILLON CRANDALL**
jeb@bleekedilloncrandall.com
austin@bleekedilloncrandall.com

Adam G. Forrest
**BBFCS ATTORNEYS**
aforrest@bbfcslaw.com

I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

James E. Mays (IDOC# 885409)
**NEW CASTLE CORRECTIONAL FACILITY**
Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362
*PRO SE*

                                                */s/ Sarah J. Shores-Scisney*
                                                Sarah J. Shores-Scisney