UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:22-cv-00651-JPH-TAB |
| | ) |
| CENTURION, | ) |
| WEXFORD OF INDIANA, | ) |
| ERICK FALCONER, | ) |
| JOHN M. NWANNUNU, | ) |
| DIANNA JOHNSON, | ) |
| HANNAH WINNINGHAM, and | ) |
| STEPHANIE RILEY | ) |
| | ) |
| Defendants. | ) |

**CENTURION DEFENDANTS' NOTICE REGARDING SETTLEMENT CONFERENCE**

Come now Centurion Health of Indiana, LLC, John Nwannunu, MD, Dianna Johnson, APRN, Stephanie Riley, MD, (collectively "Centurion Defendants") by counsel, respectfully submit their Notice to the Court that they do not believe a settlement conference would be beneficial in this case. Centurion Defendants intend to file a dispositive motion by the deadline set in the Court's Order Setting Pretrial Schedule (Dkt. 56).

    Respectfully submitted,

    /s/ Austin R. Andreas
    Austin R. Andreas, #26323-49
    *One of the Attorneys for Defendants,*
    *Centurion Health of Indiana, LLC, John*
    *Nwannunu, MD, Dianna Johnson, APRN,*
    *Stephanie Riley, MD*

Jeb A. Crandall, #26323-49
Austin R. Andreas, #35155-53
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420

Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
jeb@bleekedilloncrandall.com
austin@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following:

All electronically ECF Registered Parties

I further certify that on May 19, 2023, the foregoing document was mailed, by United States Postal Service, first class postage prepaid, to the following non CM/ECF participants:

James E. Mays, #885409
New Castle Correctional Facility - Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, In 47362
*Plaintiff, Pro Se*

/s/ Austin R. Andreas
Austin R. Andreas, #26323-49