UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-00651-JPH-TAB |
| GEO GROUP, INC, *et al*. | ) ) ) |
| Defendants. | ) ) |

## NOTICE REGARDING SETTLEMENT CONFERENCE

NOW COME the Defendants, ERICK A. FALCONER, M.D., DIANNA M. JOHNSON, NP, JOHN NWANNUNU, M.D. AND WEXFORD OF INDIANA, LLC, by their attorney SARAH J. SHORES-SCISNEY of STOLL KEENON OGDEN PLLC, and for their Notice to the Court regarding Settlement Conference, state as follows:

1. Pursuant to Court order of December 22, 2022, [D/N 56], the Defendants were provided until May 22, 2023, to notify the Court as to whether they believed a settlement conference would be beneficial.

2. The Defendants do not believe that a settlement conference would be beneficial at this time. It is the Defendants' intention to move forward with a dispositive motion.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Sarah J. Shores-Scisney*
Sarah J. Shores-Scisney, Attorney No. 35746-49
Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue

Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Sarah.Shores@skofirm.com
Doug.Bitner@skofirm.com
*Counsel for Defendants Erick A. Falconer, M.D., Dianna M. Johnson, NP, John Nwannunu, M.D. and Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **May 22, 2023**, a copy of the foregoing *Notice re Settlement Conference* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Jeb A. Crandall
Austin R. Andreas
**BLEEKE DILLON CRANDALL**
jeb@bleekedilloncrandall.com
austin@bleekedilloncrandall.com

Adam G. Forrest
**BBFCS ATTORNEYS**
aforrest@bbfcslaw.com

I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

James E. Mays (IDOC# 885409)
**NEW CASTLE CORRECTIONAL FACILITY**
Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362
***PRO SE***

/s/ Sarah J. Shores-Scisney
Sarah J. Shores-Scisney