UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS,<br>    Plaintiff,<br><br>vs.<br><br>WEXFORD OF INDIANA, et al.,<br>    Defendants. | CASE NO. 1:22-cv-00651-JPH-TAB |

### NOTICE CONCERNING SETTLEMENT CONFERENCE

COMES NOW the Defendant, Hannah Winningham, by counsel, Adam G. Forrest, who respectfully notifies this Court that based on a review of all things related to this matter, the Defendant does not believe that a settlement conference with the Magistrate Judge would be beneficial in resolving the action. Defendant tenders this Notice to the Court as directed in the Order Setting Pretrial Schedule and Discussing Discovery in Prisoner Litigation dated December 22, 2022 (ECF 56).

Respectfully submitted,

By: /s/ Adam G. Forrest
Adam G. Forrest, Atty. No. 23920-89
BBFCS ATTORNEYS
27 North 8th Street
Richmond, IN   47374
Telephone: (765) 962-7527
Facsimile: (765) 966-4597
aforrest@bbfcslaw.com
*Attorneys for Defendant, Hannah Winningham*

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2023, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Jeb A. Crandall – jeb@bleekedilloncrandall.com
    Austin R. Andreas – austin@bleekedilloncrandall.com
    Sarah J. Shores-Scisney – Sarah.Shores@skofirm.com
    Douglass R. Bitner – Doug.Bitner@skofirm.com

Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 22nd day of May, 2023:

    James E. Mays (DOC#885409)
    NEW CASTLE – CF
    NEW CASTLE CORRECTIONAL
    FACILITY – Inmate Mail/Parcels
    1000 Van Nuys Road
    New Castle, IN  47362

                                              By     /s/ Adam G. Forrest
                                                      Adam G. Forrest