UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, ) | |
|     Plaintiff, ) | |
| ) | CASE NO. 1:22-cv-00651-JPH-TAB |
| vs. ) | |
| ) | |
| WEXFORD OF INDIANA, et al., ) | |
|     Defendants. ) | |

**NOTICE OF SETTLEMENT**

COMES NOW the Defendant, Hannah Winningham, by counsel, Adam G. Forrest, who respectfully notifies this Court that by way of a telephone conversation with Plaintiff on today's date, settlement in this case has been reached as to Defendant, Hannah Winningham, only. As such, counsel for the Defendant, Hannah Winningham, respectfully requests that the Court grant the parties sixty (60) days in which to file a Stipulation for Dismissal of this matter, together with a proposed Order thereon, and that pending that submission, all pending motions, if any, be denied as moot and all previously-ordered deadlines relating to discovery, filings, schedules, conferences, and trial, if any, be vacated.

Respectfully submitted,

By:   /s/ Adam G. Forrest
      Adam G. Forrest, Atty. No. 23920-89
      BBFCS ATTORNEYS
      27 North 8th Street
      Richmond, IN 47374
      Telephone: (765) 962-7527
      aforrest@bbfcslaw.com
      Attorney for Defendant, Hannah Winningham

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2023, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Jeb A. Crandall – jeb@bleekedilloncrandall.com
    Austin R. Andreas – austin@bleekedilloncrandall.com
    Sarah J. Shores-Scisney – Sarah.Shores@skofirm.com
    Douglass R. Bitner – Doug.Bitner@skofirm.com

Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 9th day of June, 2023:

    James E. Mays
    1411 N. Baldwin Avenue, Apt. 119
    Marion, IN  46952

                                                  By     /s/ Adam G. Forrest
                                                              Adam G. Forrest