UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES E. MAYS, | ) |
|       Plaintiff, | ) |
|       v. | ) No. 1:22-cv-00651-JPH-TAB |
| CENTURION HEALTH, WEXFORD OF INDIANA, ERICK FALCONER, JOHN M. NWANNUNU, DIANNA JOHNSON, HANNAH WINNINGHAM, RILEY, | ) |
|       Defendants. | ) |

**ORDER DISMISSING DEFENDANTS PURSUANT TO SETTLEMENTS**

Pursuant to a settlement, Plaintiff and Defendants Centurion Health, Dianna Johnson, John M. Nwannunu, Riley, and Hannah Winnningham have stipulated to the dismissal with prejudice of all claims against these Defendants. Dkt. [85] and dkt. [86]. "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Here, the Court finds that dismissal with prejudice constitutes just terms. Accordingly, all claims against Defendants Centurion Health, Dianna Johnson, John M. Nwannunu, Riley, and Hannah Winnningham are **DISMISSED** with prejudice. The **clerk is directed** to terminate these Defendants from the docket. No partial final judgment will issue.

**SO ORDERED.**

Date: 7/28/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAMES E. MAYS
1411 North Baldwin Avenue
Apt# 119
Marion, IN 46952

All electronically registered counsel